ACCEPTED
03-15-00744-CV
8332950
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 5:19:48 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00744-CV

_____

**IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 5:19:48 PM
JEFFREY D. KYLE
~~Clerk~~

_____

**CHAMBERS-LIBERTY COUNTIES NAVIGATION DISTRICT, *et al.*,**

Appellants,

v.

**STATE OF TEXAS,**

Appellee.

_____

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANTS' BRIEF**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS:

The Chambers-Liberty Counties Navigation District (the "District") and the District's Commissioners Terry Haltom, Allen Herrington, Ken Coleman, Ken Mitchell, and Dave Wilcox (collectively, the "Commissioners" and together with the District the "Appellants"), Appellants in the above styled and numbered cause, move this Court to grant an extension of time to file Appellants' Brief, and in support thereof would respectfully show the Court as follow:

1.      Appellants' Brief is currently due on or before December 29, 2015.

2.      Appellants seek a 24-day extension of time to file their Appellants'

Brief, which would make the Appellants' Brief due on or before January 22, 2016.

3.     This extension of time is necessary because the accelerated briefing schedule would cause Appellants' brief to be due during a time when Appellants and their lawyers are on vacation for the Christmas holiday. Conversely, adhering to the current briefing schedule would interfere with Appellee's counsel's holiday over the New Year.

4.     Counsel for Appellants has conferred with counsel for Appellee, and Appellee does not oppose this Motion.

5.     This is the first extension of time Appellants have sought for filing of its Appellants' Brief. This motion is not filed for the purpose of delay, but so that justice may be done.

For these reasons, Appellants request that this Court grant Appellants' Motion for Extension of Time to File Appellants' Brief, so that the Appellants' Brief will be due on or after January 22, 2016. Appellants also request any other relief to which they may be entitled.

Respectfully submitted,

LLOYD GOSSELINK
 ROCHELLE & TOWNSEND, P.C.
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 322-5800
Facsimile: (512) 472-0532


*/s/ Lambeth Townsend*
LAMBETH TOWNSEND
State Bar No. 20167500
ltownsend@lglawfirm.com

JAMES F. PARKER, III
State Bar No. 24027591
jparker@lglawfirm.com

NATHAN E. VASSAR
State Bar No. 24079508
nvassar@lglawfirm.com

**ATTORNEYS FOR APPELLANTS
CHAMBERS-LIBERTY COUNTIES
NAVIGATION DISTRICT AND ITS
COMMISSIONERS**


## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), this certifies that I conferred with counsel for Appellee, Craig Pritzlaff, regarding the merits of this motion, and Appellee does not oppose this motion.


*/s/ James F. Parker, III*
JAMES F. PARKER, III

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent to the following counsel of record, in accordance with the Texas Rules of Appellate Procedure, via electronic transmission on this 21st day of December, 2015:

Craig Pritzlaff        (*craig.pritzlaff@texasattorneygeneral.gov*)
Steven H. Lord, Jr.        (*steven.lord@texasattorneygeneral.gov*)
Office of the Attorney General of Texas
P.O. Box 12548, MC-066
Austin, Texas 78711-2548

**ATTORNEYS FOR APPELLEE**
**THE STATE OF TEXAS**

*/s/ James F. Parker, III*
JAMES F. PARKER, III